UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE:

                                      **CHAPTER 13**

JONATHAN W. FLAGLER and           **CASE NO. 10-37098(CGM)**
TARA M. SWEET-FLAGLER**,**

                                  Debtors.
---------------------------------------------------------X

## ORDER APPROVING FINAL ALLOWANCE OF COMPENSATION
## AND EXPENSES TO ATTORNEYS FOR THE DEBTORS

**UPON** reading and filing the application for final compensation for services of GENOVA & MALIN, attorneys for the debtors, dated January 14, 2011, seeking compensation of $6,280.00 (less the sum of $1,622.72 previously paid by mortgagee via award of this Court) and reimbursement of expenses of $145.11, and after notice to all creditors and parties in interest having been given, with proof of due service thereof, and said application having come on to be heard on February 8, 2011, and after hearing the parties whose identities are reflected in the transcript of the hearing, and upon the record made at said hearing and due deliberation having been had thereon, it is

**ORDERED**, that the Debtors authorized and directed to pay the following sums as allowed to the applicant herein as final compensation for actual, necessary services rendered by such the expenses, pursuant to 11 U.S.C. Sections 330 and 503; $6,280.00, (less the sum of $1,622.72 previously paid) for compensation, $145.11 for expenses through the debtors' Chapter 13 Plan as an administrative expense in the total sum of $4,802.39; and it is further

**ORDERED,** that should the debtors' case either be dismissed or convert to a case

under Chapter 7 of the United States Bankruptcy Code, the Chapter 13 Trustee is hereby directed to pay to GENOVA & MALIN the sums held by said Trustee paid to him by the debtors for their plan payments in a sum no greater than the fees and expenses awarded herein.

Dated: Poughkeepsie, New York
      February   , 2011

                                                           U.S. BANKRUPTCY JUDGE