UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

JONATHAN W. FLAGLER and
TARA M. SWEET-FLAGLER**,**

        Debtors.

**CHAPTER 13**
**CASE NO. 10-37098(CGM)**

STATE OF NEW YORK    )
                             )ss.:
COUNTY OF DUTCHESS    )

    I, Regina M. Wexler, being sworn, say:

    I am not a party to this action, am over 18 years of age and reside in Poughkeepsie, New York.

    On January 14, 2011, I served a copy of APPLICATION, EXHIBITS and ORDER APPROVING FINAL ALLOWANCE OF COMPENSATION AND EXPENSES TO ATTORNEYS FOR THE DEBTOR by mailing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service in New York State, addressed to each of the following persons at their last known address as set forth after each name:

| | |
|---|---|
| JEFFREY L. SAPIR<br>399 Knollwood Road, Suite 102<br>White Plains, NY 10603 | JONATHAN & TARA FLAGLER<br>5 Benedict Road<br>Cold Spring, NY 10516 |
| US TRUSTEE<br>74 Chapel Street<br>Albany, NY 12207 | |

                                              /s/ Regina M. Wexler
                                              REGINA M. WEXLER

Sworn to before me this
13$^{4h}$ day of January, 2011

/s/ Jamie L. Lakin
JAMIE L. LAKIN
Notary Public, State of New York
Qualified in Ulster County
Commission Expires 2/17/2012